WILLIAM K. MOTT, as Trustee in Bankruptcy of McLOUGHLIN & SAVAGE, INC., Respondent, *v.* LEE R. REEVES, Appellant.

*Bankruptcy — bulk sales — action by trustee in bankruptcy to recover from purchaser value of property of bankrupt sold in bulk in violation of section 44 of Personal Property Law.*

*Mott* v. *Reeves*, 217 App. Div. 718, affirmed.

(Argued October 13, 1927; decided October 28, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 18, 1926, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was brought by the trustee in bankruptcy, under section 44 of the Personal Property Law, commonly known as the " Bulk Sales Law," to compel the defendant to account for certain property purchased from McLoughlin & Savage, Inc., before their bankruptcy and to recover the alleged value thereof. The defenses interposed were: *First,* that the plaintiff had no capacity to sue; *second,* that the transaction in question was not a sale in bulk within the meaning of the statute; and *third,* that the property purchased was not merchandise within the meaning of the law.

*George W. Reeves* for appellant.

*Arthur L. Chapman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.